ORDERED in the Southern District of Florida on Feb. 25, 2014



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                    Case No.: 15-11600-RAM

**NEVILLE M. WALTERS,**                                   **Chapter 13 Proceedings**
**SS: XXX-XX-7610**
   **Debtor.**
_____/

### ORDER GRANTING DEBTOR'S MOTION
### TO IMPOSE AUTOMATIC STAY



THIS CAUSE having come before the court on February 24, 2015, upon debtor's Motion to Extend Automatic Stay under U.S.C. § 362 (c) (3) (ECF 12) (the "Motion"), and the Court having heard argument by counsel, and based on the record, and the Court having determined that Debtor's Motion is appropriate pursuant to 11 U.S.C. § 362(c)(4) (B) and the Court having determined that the filing of the above styled case is in good faith as to creditors to be stayed, it is

RCM

ORDERED that the Motion is GRANTED, and the automatic stay under 11 U.S.C. § 362(a) and 1301(a) is ~~effected~~ in effect until further order of this Court.

### ###

Attorney Samuel S. Sorota, Esq., is directed to mail a copy of this Order to all creditors and interested parties and file a certificate of service with the Clerk of the Court.