UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                              Case No.   15-11600-RAM

NEVILLE W. WALTERS,                                                 CHAPTER 13 PROCEEDINGS

_____Debtor_____/

MOTION TO VALUE AND DETERMINE SECURED
STATUS OF LIEN ON REAL PROPERTY

IMPORTANT NOTICE TO CREDITORS:
THIS IS A MOTION TO VALUE YOUR COLLATERAL

This Motion seeks to value collateral described below securing the claim of the creditor listed below.

IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]

If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]

1.   Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of Florida Community Bank formerly Premier American Bank, a dissolved bank, (the "Lender"). Lender holds a mortgage recorded at OR Book 25376 Page 172 in the official records of Miami-Dade County, Florida.

2.   The real property is located at 1760 NE 160 Street, North Miami Beach, Florida 33162 and is more particularly described as follows:

Lots 6 & 7, Block 111, Fulford by the Sea, Section H, According to the
Plat thereof as Recorded in Plat Book 14, Page 40, of the Public
Records of Miami-Dade County, Florida.

3. At the time of the filing of this case, the value of the real property is $106,694.00 as determined by Property Assessor's Market Valuation.

4. **X** Lender's collateral is solely the debtor's principal residence. Accordingly, the value of Lender's secured interest in the real property is $106,694.00 and the value of the Lender's unsecured, deficiency claim is $83,942.01

5. The undersigned reviewed the docket and claims register and states:

   **X** Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

6. The subject real property may not be sold or refinanced without proper notice and further order of the court.

WHEREFORE, the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above.

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

Submitted by:

*[signature]*

**Samuel S. Sorota**
Attorney for Debtor
Florida Bar No. 124946
801 N. E. 167th Street, Suite 308
North Miami Beach, Fl 33162
Tel (305) 652 7777 Fax (305) 652 6454
E-mail:  ssorota@bellsouth.net