ORDERED in the Southern District of Florida on Aug. 11, 2015



Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:  CASE NO.: 15-11600-RAM
Chapter 13

NEVILLE M. WALTERS,

    Debtor.
_____/

### ORDER CONTINUING HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**THIS MATTER** came before the Court on August 11, 2015, upon FLORIDA COMMUNITY BANK, N.A.'s Objection to Debtor's Second Amended Chapter 13 Plan (the "Objection") (C.P. #50) and the Court, having considered the Motion and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED:

1. The hearing on FLORIDA COMMUNITY BANK, N.A.'s, Objection to Debtor's Second Amended Chapter 13 Plan (C.P. #50) is continued to **September 15, at**

**9:00 a.m.**, at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI) 4,

Miami, FL 33128.

###

Submitted by:
Craig I. Kelley, Esquire
KELLEY & FULTON, P.L.
Attorney for Florida Community Bank, N.A
1665 Palm Beach Lakes Boulevard
The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax:(561) 684-3773

*Craig I. Kelley, Esquire is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.*