UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 15-11600-RAM
                                                                Chapter 13
NEVILLE M. WALTERS,

    Debtor.
_____/

**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the **(C.P. #68) AGREED ORDER GRANTING CREDITOR, FLORIDA COMMUNITY BANK, N.A.'S MOTION TO ALLOW LATE FILED CLAIM,** were furnished via U. S. Mail to the parties on the attached mail list this the 16th day of September, 2015.

                                            KELLEY & FULTON, P.L.
                                            Attorney for Florida Community Bank
                                            1665 Palm Beach Lakes Blvd
                                            Suite 1000 – The Forum
                                            West Palm Beach, FL 33401
                                            Tel. No. (561) 491-1200
                                            Fax No. (561) 684-3773

                                            By:   /s/ Craig I. Kelley_____
                                                   CRAIG I. KELLEY, ESQUIRE
                                                 Florida Bar No.: 782203

**Mailing Information for Case 15-11600-RAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Craig I Kelley     craig@kelleylawoffice.com, martha@kelleylawoffice.com,kelleyecfsouthern@gmail.com,Stephanie@kelleylawoffice.com,lyndia@kelleylawoffice.com
- Nancy K. Neidich     e2c8f01@ch13herkert.com
- Austin M Noel     bkfl@buckleymadole.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Samuel S Sorota     ssorota@bellsouth.net

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

 Marcia T. Dunn

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-11600-RAM<br>Southern District of Florida<br>Miami<br>Wed Sep 16 15:01:49 EDT 2015 | Florida Community Bank<br>Kelley & Fulton , PL<br>c/o Craig I Kelley Esq<br>1665 Palm Beach Lakes Blvd.<br>Suite 1000<br>West Palm Beach, FL 33401-2109 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America - Home Loan Team<br>9700 Bissonnet Street<br>Suite 1500<br>Houston, TX 77036-8013 | BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cashcall Inc<br>1 City Blvd W<br>Orange, CA 92868-3621 | Deutsche Bank National Trust Company (See B1<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 |
| Florida Community Bank<br>369 N New York Ave.<br>Winter Park, FL 32789-3124 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Southern Auto Finance Company<br>6700 N. Andrews Ave., Ste 500<br>Ft. Lauderdale, FL 33309-2199 | Southern Automotive Financial<br>1201 W Cypres Creek Rd S<br>Fort Lauderdale, FL 33309-1906 | Specialized Loan Servicing LLC (loan #<br>8742 Lucent Blvd., # 300<br>Highlands Ranch, CO 80129-2386 |
| Wells Fargo Card Ser<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Neville M. Walters<br>1760 NE 160 Street<br>North Miami Beach, FL 33162-4736 |
| Samuel S Sorota Esq<br>801 N.E. 167 St #308<br>North Miami, FL 33162-3729 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Capital 1 Bank<br>Po Box 85520<br>Richmond, VA 23285 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company            (u)Miami            (u)Marcia T. Dunn

End of Label Matrix
Mailable recipients    18
Bypassed recipients     3
Total                  21